NO. SCAD-12-0000686

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

B. LADD UEOKA, Respondent.

---

ORIGINAL PROCEEDING
(ODC 09-067-8790, 09-068-8791, 09-099-8822)

ORDER
(By: Recktenwald, C.J., Acoba, McKenna, and Pollack, JJ., and
Intermediate Court of Appeals Associate Judge Leonard,
in place of Nakayama, J., recused)

Upon consideration of the petition submitted by the Office of Disciplinary Counsel (ODC) requesting the immediate suspension of Respondent B. Ladd Ueoka from the practice of law, pursuant to Rule 2.12A of the Rules of the Supreme Court of the State of Hawai'i (RSCH), the memorandum and exhibits in support thereof, and the record, it appears (1) the ODC has three pending investigations against Respondent Ueoka docketed under ODC 09-067-8790, ODC 09-068-8791 and ODC 09-099-8822; (2) Respondent Ueoka has failed to cooperate in the investigation of these three complaints by not providing, for more than two years, financial, bookkeeping, and other documents requested or subpoenaed by ODC; and (3) as to ODC 09-068-8791 and ODC 09-099-8822, Respondent

Ueoka represented to ODC that said documents would be promptly produced. It further appears that nowhere in the record of ODC 09-066-8789 did ODC agree to refrain from asserting against Respondent Ueoka a failure to cooperate in any other investigation pending against him. In light of the record and the foregoing, this court finds Respondent Ueoka has failed to cooperate with ODC's lawful investigation, including a failure to comply with two lawfully issued subpoenas. Therefore,

IT IS HEREBY ORDERED, pursuant to RSCH Rule 2.12A, that Respondent B. Ladd Ueoka is suspended from the practice of law. This order is effective immediately and until further order of this court.

IT IS FURTHER ORDERED that this order imposing suspension upon Respondent Ueoka shall constitute a suspension of Respondent Ueoka for purposes of RSCH Rule 2.16 and that the Disciplinary Board of the Supreme Court of the State of Hawaiʻi and Respondent Ueoka shall therefore comply with the relevant requirements of that Rule.

IT IS FINALLY ORDERED that the Clerk shall forthwith distribute a copy of this order to all judges. Distribution may be by electronic mail.

DATED: Honolulu, Hawaiʻi, September 17, 2012.

/s/ Mark E. Recktenwald

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Katherine G. Leonard



2